# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ELITE GAMING TECH LLC § | |
| § | CIVIL ACTION NO. 2:23-CV-00191-JRG |
| v. § | (Lead Case) |
| § | |
| WINSTRON CORPORATION § | |

| | |
|---|---|
| ELITE GAMING TECH LLC § | |
| § | CIVIL ACTION NO. 2:23-CV-00186-JRG |
| v. § | (Member Case) |
| § | |
| INVENTEC CORPORATION § | |

## ORDER

Before the Court is the Notice of Voluntary Dismissal With Prejudice (the "Notice") filed by Plaintiff Elite Gaming Tech LLC ("Plaintiff"). (Dkt. No. 23.) In the Notice, Plaintiff dismisses the above-captioned member case (Case No. 2:23-cv-00186-JRG) as to Inventec Corporation ("Inventec") voluntarily with prejudice. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Inventec in Case No. 2:23-cv-00186-JRG are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned Lead Case No. 2:23-CV-00191-JRG in light of the remaining parties and claims. The Clerk of Court is further directed to **CLOSE** Member Case No. 2:23-CV-00186-JRG, as no parties or claims remain.

**So Ordered this**

**Nov 13, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE